Michael R. Brooks, Esq.
Nevada Bar No. 7287
Alia A. Najjar, M.D., Esq.
Nevada Bar No. 12832
BROOKS HUBLEY, LLP
1645 Village Center Circle, Suite 200
Las Vegas, NV 89134
Ph. (702) 851-1191
Fax (702) 851-1198
E-Mail: anajjar@brookshubley.com
*Attorneys for Plaintiff, Ditech Financial LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DITECH FINANCIAL LLC, a foreign corporation,<br><br>Plaintiff,<br><br>MEI LIN SHI, an individual; YOU DI CHEN, an individual; MARYLAND PEBBLE AT SILVERADO HOMEOWNERS ASSOCIATION, a Nevada non-profit corporation; ATC ASSESSMENT COLLECTION GROUP, LLC, a foreign limited liability company; DOES 1 through 10 CORPORATIONS; and DOES and ROES 1 through 10 individuals, partnerships, and anyone claiming any interest to the property described in this action,<br><br>Defendants. | Case No.: 2:16-cv-00008-JCM-CWH<br><br>**STIPULATION AND ORDER FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE AND TO VACATE ATC ASSESSMENT COLLECTION GROUP, LLC'S MOTION TO DISMISS COMPLAINT WITHOUT PREJUDICE** |

Defendant, ATC Assessment Collection Group, LLC ("ATC") and Plaintiff Ditech Financial LLC ("Ditech") (collectively known as the "Parties"), by and through their respective counsel, do hereby stipulate and agree as follows:

## RECITALS

1. Ditech filed this action (the "Federal Matter") regarding the real property known as 9141 Cedeno Street, Las Vegas, Nevada 89123, with the assessor's parcel number of 177-22-611-003 (the "Property"), on January 15, 2016, against Mei Lin Shi, You Di Chen, Maryland Pebble at Silverado Homeowners Association, and ATC Assessment Collection Group, LLC.

2. ATC filed a motion to dismiss the Federal Matter on or about February 4, 2016.

3. Subsequent to filing the Federal Matter, Ditech's counsel became aware of Case No. A-15-729091-C (the "State Matter") concerning title to the Property, filed on or about December 16, 2015, in the Eighth Judicial District Court, Clark County, Nevada by Mei Lin Shi and You Di Chen;

4. No other party has filed a response to the Federal Matter;

5. The Parties agree to voluntarily dismiss the Federal Matter without prejudice in order to move forward with the matter in the Nevada state court; and

6. The Parties agree that ATC shall withdraw its Motion to Dismiss the Federal Matter without prejudice.

## STIPULATIONS

IT IS HEREBY STIPULATED AND AGREED by the Parties that the Federal Matter be voluntarily dismissed without prejudice to allow the Parties to pursue their respective claims and defenses regarding the Property in the State Matter;

IT IS FURTHER STIPULATED AND AGREED by the Parties that ATC's Motion to Dismiss be withdrawn; and

1     IT IS FURTHER STIPULATED AND AGREED by the Parties that all pending

2 hearings and deadlines in this matter be vacated.

3     **IT IS SO STIPULATED.**

4 DATED this 16th day of February, 2016    DATED this 16th day of February, 2016

5 **BROOKS HUBLEY, LLP**    **ATC ASSESSMENT COLLECTION GROUP, INC.**

6 By: /s/ Alia R. Najjar    By: /s/

7 Michael R. Brooks, Esq.    Bradley Epstein, Esq.
Nevada Bar No. 7287    Nevada Bar No. 5296

8 Alia A. Najjar, M.D., Esq.    Michael McKelleb, Esq.
Nevada Bar No. 12832    Nevada Bar No. 12040

9 1645 Village Center Circle, Ste. 200    1120 N. Town Center Dr., Ste. 260
Las Vegas, NV 89134    Las Vegas, NV 89144

10 *Attorneys for Ditech Financial LLC*    *Attorneys for United Legal Services, Inc.*

11

12                                         **ORDER**

13     Based upon the above and foregoing Stipulation between ATC Assessment

14 Collections Group, LLC and Ditech Financial LLC, and good cause appearing:

15     IT IS HEREBY ORDERED that the above-entitled action is voluntarily

16 dismissed without prejudice;

17     IT IS FURTHER ORDERED that ATC's Motion to Dismiss is hereby

18 withdrawn; and

19 / / /

20 / / /

21 / / /

22

23

- Page 3 of 4 -

1  IT IS FURTHER ORDERED that all pending hearings and deadlines in this
2  matter are hereby vacated.
3  DATED February 17, 2016.
4  BY THE COURT:

*[signature]*
UNITED STATES DISTRICT JUDGE